669 A.2d 236

IN THE MATTER OF ALTHEAR A. LESTER,
AN ATTORNEY AT LAW.

January 4, 1996.

## ORDER

The Disciplinary Review Board having on November 2, 1995, filed with the Court its decision concluding that **ALTHEAR A. LESTER** of **NEWARK,** who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 1.4(a) (failure to communicate), *RPC* 1.15(b) (failure to release a file) and *RPC* 5.3(b) (failure to supervise office staff), and good cause appearing;

It is ORDERED that **ALTHEAR A. LESTER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.